**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **MICHAEL JAY GRATON,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:09-CV-99 (HL) |
| | : | |
| | : | |
| **BRIAN OWENS, et al,** | : | |
| | : | |
| Defendants | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 23) filed July 17, 2010 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 9th day of August, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**